Shawn R. Perez. Esq.
NSBN 10421
7121 West Craig Rd., #113-38
Las Vegas, NV 89129
(702) 485-3977
Shawn711@msn.com

Attorney for
Brandon David Sattler

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case   No.   2:23-cr-00075-GMN-EJY |
| Plaintiff, | |
| vs. | FIRST STIPULATION TO CONTINUE SENTENCING |
| BRANDON DAVID SATTLER, | |
| Defendant. | |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, and the defendant Brandon David Sattler, by and through his counsel, Shawn R. Perez, Esq., stipulate and agree and jointly move this Honorable Court to vacate the sentencing hearing set for October 16, 2024, at 9:00 a.m. and reset the sentencing proceedings in this matter at a date on or after December 2, 2024.

The parties make this stipulation and motion for good cause and not for the purposes of delay.

Mr. Sattler recently suffered an umbilical Hernia and an inguinal hernia that will require surgery.   Mr. Sattler has seen his primary physician several times and has two pre-op appointments with the surgeon scheduled for October 11 and October 14, 2024.  Surgery will likely be scheduled the following week.  The surgeon has indicated a 6 week recovery following surgery.

Counsel for Defendant has court proceedings in Memphis, Tennessee on November 13, 2024.

Both counsel for the Government and counsel for the Defendant are unavailable from November 25-29, 2024, the week of Thanksgiving.

Defendant Sattler is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue sentencing in this matter.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Dated September 24, 2024

Counsel for Defendant
BRANDON DAVID SATTLER

JASON M. FRIERSON
United States Attorney


*//s// Shawn R. Perez*
SHAWN R. PEREZ, ESQ.
Law Offices of Shawn R. Perez
7121 W Craig RD #113-38
Las Vegas, NV 89129
702-485–3977
shawn711@msn.com

*//s// Daniel Schiess*
DANIEL SCHIESS
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00075-GMN-EJY |
| Plaintiff, | |
| vs. | **ORDER** |
| BRANDON DAVID SATTLER, | |
| Defendant. | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay.

The parties agree that it is in the interest of justice to defer sentencing. Defendant Sattler believes it is in his best medical interest to do so.

The parties request this continuance of approximately 60 days to accommodate Mr. Sattler's medical condition, surgery and post-surgery recovery.

The parties agree that it is in the interest of justice to defer sentencing. Defendant Sattler believes it is in his best medical interest to do so. Defendant Sattler is not in custody and agrees to this continuance.

1    Denial of this request for continuance could result in a miscarriage of

2  justice.

3    This is the first request to continue sentencing in this matter.

4                                   **ORDER**

5  **IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause

6  appearing therefor, that the sentencing hearing set for October 16, 2024, at 9:00

7  a.m. be vacated and reset for <u>December 3, 2024, at 9:00 a.m.</u>

8

9  **IT IS SO ORDERED** this September  25  , 2024.

10

11

12  _____
    THE HONORABLE GLORIA NAVARRO
13  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24